UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 BENEFIT FUNDS, et al.,<br>Plaintiffs,<br>-against-<br>FREGOSI LANDSCAPING INC.,<br>Defendant(s). | 26-CV-5228 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **November 13, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: October 26, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge